In the Matter of the Claim of MICHAEL BAHN, Respondent, against S. WOLFENSOHN, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.